**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6876**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

MICHAEL THOMPSON,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Dever III, Chief District Judge. (4:08-cr-00057-D-1)

_____

Submitted: October 18, 2016     Decided: October 21, 2016

_____

Before WILKINSON, KING, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Thompson, Appellant Pro Se. Shailika S. Kotiya, William Glenn Perry, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Thompson appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Thompson, No. 4:08-cr-00057-D-1 (E.D.N.C. June 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED